# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TROY JONES, SR.

NO. 2020 KW 1019

**DECEMBER 07, 2020**

---

In Re:   Troy Jones, Sr., applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 34852.

---

BEFORE:   **HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT